MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4266
brady.wilson@usdoj.gov

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH
APR 14 2026
GARY P. SERDAR
CLERK OF COURT
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM GALICIA-HERNANDEZ,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute ( >500 grams)<br><br>Case: 4:26-cr-00035<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 4/14/2026<br>Description: USA v. |

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about March 13, 2026, in the District of Utah,

ROBERT WILLIAM GALICIA-HERNANDEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §

812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

LANE WOOD, SAUSA
(SIGNED FOR BRADY WILSON)

BRADY WILSON
Assistant United States Attorney